UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
                                 :
CIERRA S.                        :    Civ. No. 3:20CV01722(SALM)
                                 :
v.                               :
                                 :
ANDREW M. SAUL,                  :
COMMISSIONER OF SOCIAL           :    June 25, 2021
SECURITY                         :
                                 :
---------------------------------x

**ORDER ON DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) WITH REVERSAL AND REMAND OF THE CASE TO THE DEFENDANT**

Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand of the Case to the Defendant **[Doc. #21]** is **GRANTED.** Pursuant to the power of this Court to enter judgment affirming, modifying or reversing the Commissioner's decision with or without remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of defendant's unopposed request to remand this action for further administrative proceedings, it is ordered that this matter be remanded to the Commissioner.

Upon remand, an Administrative Law Judge is instructed to (1) evaluate the medical opinion evidence in accordance with 20 C.F.R. §§404.1520(c) and 416.920(c), and (2) when evaluating

1

plaintiff's residual functional capacity, consider any limitations or restrictions plaintiff's mental health treatment may impose on her ability to perform work on a regular and continuing basis. Plaintiff consents to this remand.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. <u>See</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

SO ORDERED at New Haven, Connecticut this 25th day of June, 2021.

                                    /s/
                              HON. SARAH A. L. MERRIAM
                              UNITED STATES MAGISTRATE JUDGE